Jon B. Fougner (State Bar No. 314097)
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Terry Fabricant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SUNPOWER CORPORATION,<br><br>Defendant. | Case No. 4:20-cv-00114-PJH<br><br>**NOTICE OF DISMISSAL** |

TO: THE CLERK OF THE COURT, AND

TO: DEFENDANT SUNPOWER CORPORATION AND ITS ATTORNEYS:

**PLEASE TAKE NOTICE** that Plaintiff Terry Fabricant, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses this action.

RESPECTFULLY SUBMITTED AND DATED on March 27, 2020.

By: */s/ Jon B. Fougner*

| | |
|---|---|
| 1 | Jon B. Fougner |
| 2 | Anthony I. Paronich, *Pro Hac Vice* |
| 3 | anthony@paronichlaw.com<br>PARONICH LAW, P.C. |
| 4 | 350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043 |
| 5 | Telephone: (617) 738-7080<br>Facsimile: (617) 830-0327 |
| 6 | |
| 7 | *Attorneys for Plaintiff Terry Fabricant* |